**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

DONNA S. DALTON,                          )
                                          )
                    Plaintiff,            )
        vs.                               )       1:09-cv-648-SEB-TAB
                                          )
                                          )
MICHAEL J. ASTRUE, Commissioner           )
 of the Social Security Administration,   )
                                          )
                    Defendant.            )


**O R D E R**

The plaintiff's unopposed motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is **granted.** Accordingly,

**IT IS NOW ORDERED** that the plaintiff recover from the United States of America the sum of $4,334.25 in attorney fees for the representation accorded to the plaintiff in this action. This sum shall be paid directly to counsel for the plaintiff after and to the extent that the United States offsets any amount that the plaintiff owes in delinquent federal debts as of the date of this order.


Date:   09/23/2010

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Timothy J. Vrana
tim@timvrana.com

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana